# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EILEEN CARRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0466 |
| ) | Judge Trauger |
| DEBRA GONZALEZ, M.D. and ) | Magistrate Judge Brown |
| JOHN DOES 1 THROUGH 10, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On November 7, 2006, the Magistrate Judge issued a Report and Recommendation (Docket No. 14), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the claims against John Doe Defendants 1 through 10 are **DISMISSED WITHOUT PREJUDICE** for failure to obtain service of process and to prosecute the case.

This case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

Enter this 19th day of December 2006.

_____
ALETA A. TRAUGER
U.S. District Judge