IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EILEEN CARRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0466 |
| | ) | Judge Trauger |
| DEBRA GONZALEZ, M.D., | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## O R D E R

On December 27, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the Motion to Dismiss And/Or Motion for Summary Judgment filed by defendant Debra Gonzalez, M.D. (Docket No. 17) be granted. (Docket No. 22) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that defendant Gonzalez's Motion to Dismiss And/Or Motion for Summary Judgment (Docket No. 17) is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED.**

Enter this 25th day of January 2007.

_____
ALETA A. TRAUGER
U.S. District Judge